MADDOX and Another v. O'CONNOR and Another.

Thursday,
December 16.

APPEAL from the *Jay* Court of Common Pleas.

*Per Curiam.*—This suit was similar to that of *Maddox* v. *Miller*, at this term (1), and involved the same questions; except that a motion was made by the defendant, on the argument of a demurrer to his answer, to dismiss the case for want of jurisdiction, because the sums claimed in the three paragraphs of the complaint exceeded 1,000 dollars; which appears by the bill of exceptions to have been overruled for the reason that the demand in the conclusion of the complaint was within the jurisdiction of the Court. *Short* v. *Scott*, 6 Ind. R. 430.

The judgment is affirmed, with 10 per cent. damages and costs.

· *W. A. Peelle*, for the appellants.

*J. R. Slack*, for the appellees.

(1) *Ante*, 286.